IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| WILLIAM FISHER | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| | § | Case No. 2:12-CV-423-MHS-RSP |
| LUFKIN INDUSTRIES, INC., | § | |

## ORDER

Currently before the Court is the Report and Recommendation entered by the Magistrate Judge on March 11, 2014 (Dkt. No. 75). After an evidentiary hearing, the Magistrate Judge made findings of fact and recommended that Plaintiff's claims be dismissed. Both parties objected to different parts of the Report and Recommendation in written objections that the Court has now carefully reviewed *de novo* along with the entire record. The Court finds that neither party's objections are persuasive and that the Magistrate Judge reached the correct result under the evidence presented and the applicable law. Accordingly, the Report and Recommendation is hereby adopted and judgment will be entered in favor of Defendant dismissing Plaintiff's claims with prejudice.

It is SO ORDERED.

SIGNED this 27th day of March, 2014.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE