## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| WILLIAM FISHER | § | |
| | § | |
| v. | § | Case No. 2:12-CV-423-RWS-RSP |
| | § | |
| LUFKIN INDUSTRIES, INC., | § | |

## FINAL JUDGMENT

Pursuant to the Parties' Joint Conditional Stipulation for Dismissal with Prejudice and Joint Notice of Satisfaction, it is hereby ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED WITH PREJUDICE, with each party bearing its own costs (except as agreed between the parties pursuant to their settlement agreement).

**SIGNED this 31st day of May, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE